UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
JONATHAN FLEISIG and CONDOR ALPHA ASSET
MANAGEMENT,

                   Plaintiffs,

-v-

ED & F MAN CAPITAL MARKETS, INC. and
PARAGON GLOBAL MARKETS, LLC,

                   Defendants.
------------------------------------X

19cv8217 (DLC)

ORDER

DENISE COTE, District Judge:

In response to an Order of November 5, 2019, plaintiffs filed on November 20 a two-page letter explaining the basis for their belief that diversity of citizenship exists. Plaintiffs' letter indicates that one of the defendants, Paragon Global Markets, LLC ("Paragon") is a limited liability company. As set forth in Rule 4(C) of the Court's Individual Rules of Practice in Civil Cases, it is hereby

ORDERED that plaintiffs shall, by **November 21,** file a revised or supplemental letter stating the citizenship of each of Paragon's members, shareholders, partners, and/or trustees.

    SO ORDERED:

Dated:    New York, New York
           November 20, 2019

                                      DENISE COTE
                           United States District Judge