UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
JONATHAN FLEISIG and CONDOR ALPHA ASSET
MANAGEMENT,

               Plaintiffs,

-v-

ED & F MAN CAPITAL MARKETS, INC. and
PARAGON GLOBAL MARKETS, LLC,

               Defendants.
------------------------------------------X

19cv8217 (DLC)

ORDER

DENISE COTE, District Judge:

An initial pretrial conference was held in the above-captioned case on November 22, 2019. The plaintiffs having stated their intent to further amend their second amended complaint ("SAC") in response to the motion to dismiss filed by defendant Paragon Global Market, LLC, it is hereby

ORDERED that plaintiffs shall file their third amended complaint ("TAC") by **November 29, 2019**.

IT IS FURTHER ORDERED that the defendants shall answer or otherwise respond to the TAC by **December 13, 2019**.

SO ORDERED:

Dated:    New York, New York
           November 22, 2019

                                      _____
                                         DENISE COTE
                        United States District Judge