# CONWAY & CONWAY

ATTORNEYS AT LAW
122 E. 42ND STREET, SUITE 1612
NEW YORK, NEW YORK 10168
TEL: (212) 938-1080
FAX: (212) 938-1207
WWW.CONWAYSECURITIESLAW.COM

WRITER'S DIRECT:

(212) 938-1080
kpc@conway-conway.com

November 21, 2019

*Via ECF*
Hon. Denise L. Cote
United States District Court
Southern District of New York
500 Pearl Street, Room 1910
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/25/2019

Re: **Jonathan Fleisig and Condor Alpha Asset Management v. ED&F Man Capital Markets, Inc. and Paragon Global Markets, LLC, Case No. 1:19-cv-8217 (DLC)**

Dear Judge Cote,

Conway and Conway represents the Plaintiffs in the above-referenced matter. Plaintiffs submit this letter in regard to your November 20, 2019 Order.

Plaintiffs have submitted a request to the New York Department of State for documents identifying the members, shareholders, partners, and/or trustees of Paragon Global Markets, LLC, and their respective citizenships. The information is not otherwise publically available. The New York Department of State has not yet responded to Plaintiffs' request. Thus, Plaintiffs request a two week extension to Thursday, December 5, 2019 to comply with the Court's November 20, 2019 Order.

Very Truly Yours,

Kevin Conway

Denise Cote
[signed for] Fred.
11/22/19

CC: Therese Doherty, Esq.
Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.
666 Third Avenue, New York, NY 10017
TDoherty@mintz.com

Ivan Kline, Esq.
Friedman & Wittenstein
599 Lexington Avenue, 12th Floor
New York, NY 10022
ikline@friedmanwittenstein.com