```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
JONATHAN FLEISIG and CONDOR ALPHA ASSET   :
MANAGEMENT,                              :   19cv8217 (DLC)
                Plaintiffs,              :
                                         :       ORDER
       -v-                               :
                                         :
ED&F MAN CAPITAL MARKETS, INC. and       :
PARAGON GLOBAL MARKETS, LLC,             :
                                         :
                Defendants.              :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

On April 8, 2020, counsel for defendant Paragon Global Markets, LLC submitted a letter pursuant to Rule 3.G. of the Court's Individual Practices in Civil Cases, noting that a motion has been fully submitted for sixty days. The parties are hereby advised that the Court is aware of the fully submitted motion, and will decide it as expeditiously as possible.

Dated:   New York, New York
         April 9, 2020

                                    _____
                                              DENISE COTE
                                     United States District Judge