UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
JONATHAN FLEISIG and CONDOR ALPHA
ASSET MANAGEMENT,

                        Plaintiffs,

     -against-                                    19 **CIVIL** 8217 (DLC)

                                        **JUDGMENT**

ED&F MAN CAPITAL MARKETS, INC. and
PARAGON GLOBAL MARKETS, LLC,

                       Defendants.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated June 12, 2020, Paragon's December 31 motion is granted. All claims against Paragon are dismissed.

**Dated:**  New York, New York

        June 15, 2020

                                                    **RUBY J. KRAJICK**

                                                    **Clerk of Court**
                                 **BY:**
                                                      **Deputy Clerk**