```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                         :
JONATHAN FLEISIG and CONDOR ALPHA ASSET   :
MANAGEMENT,                              :    19cv8217 (DLC)
                    Plaintiffs,          :
                                         :        ORDER
          -v-                            :
                                         :
ED&F MAN CAPITAL MARKETS, INC. and       :
PARAGON GLOBAL MARKETS, LLC,             :
                                         :
                    Defendants.          :
                                         :
----------------------------------------X
```

DENISE COTE, District Judge:

On June 12, 2020, the Court granted defendant Paragon Global Markets, LLC's ("Paragon") motion to dismiss. It is hereby

ORDERED that a conference is scheduled for the remaining parties on **June 26, 2020 at 2:00 pm**. The conference will take place by Skype for Business videoconference. To access the conference, paste the following link into your browser: https://meet.lync.com/fedcourts-nysd/anthony_sampson/L2JM7RHT.

To use this link, you may need to download software to use Skype's videoconferencing features. Participants are directed to test their videoconference setup in advance of the conference -- including their ability to access the link above. Users who do not have an Office 365 account may use the "Join as Guest" option. When you successfully access the link, you will be

placed in a "virtual lobby" until the conference begins. Participants should also ensure that their webcam, microphone, and headset or speakers are all properly configured to work with Skype for Business.  For further instructions concerning Skype for Business and general guidelines for participation in video and teleconferencing, visit https://nysd.uscourts.gov/covid-19-coronavirus.

If you intend to join the conference from an Apple device, you should ensure that you are running a version of Skype for Business that was published on or after April 28, 2020.  Users running earlier versions have encountered an issue in which Skype for Business does not receive any inputs from the computer's microphone, and they cannot be heard by other participants.

IT IS FURTHER ORDERED that members of the press, public, or counsel who are unable to successfully access Skype for Business, may access the conference audio using the following credentials:

    Call-in number:     917-933-2166

    Conference ID:      806468769

IT IS FURTHER ORDERED that by **Thursday, June 25, 2020 at 5:00 p.m.**, the parties shall file a joint letter informing the Court whether they have successfully tested Skype for Business. If the parties are unable to successfully test Skype for

Business, the June 26 conference will proceed as a telephone conference, as opposed to a Skype for Business videoconference. If the conference proceeds as a telephone conference, the parties shall use the following dial-in credentials, which are also accessible to the press and public:

    Dial-in:          888-363-4749

    Access code:      4324948

Dated:    New York, New York
          June 16, 2020

                                    _____
                                            DENISE COTE
                                    United States District Judge