

Therese M. Doherty
212 692 6722
tdoherty@mintz.com
mintz.com

Chrysler Center
666 Third Avenue
New York, NY
212 935 3000
212 983 3115 fax

March 19, 2021

**VIA ECF**

The Honorable Denise L. Cote
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007-1312



Re:   *Fleisig, et ano v. E D & F Man Capital Markets, Inc.,* No. 19cv08217 (DLC)

Dear Judge Cote:

We are counsel to Defendant and Counterclaim Plaintiff E D & F Man Capital Markets Inc. ("MCM") in the above-referenced matter.

Plaintiffs Jonathan Fleisig and Condor Alpha Asset Management and MCM hereby jointly move this Court for an adjournment of the date upon which the Joint Pretrial Order must be filed pursuant to the Pretrial Scheduling Order, dated July 2, 2020 (ECF No. 63).

The Parties respectfully request that the Court extend the due date for filing the Joint Pretrial Order from March 29, 2021, to and including April 16, 2021. None of the parties has previously requested an extension of time of any of the dates set forth in the Pretrial Scheduling Order. All parties consent to and join in this request.

Thank you for Your consideration.

Respectfully,

/s/ Therese M. Doherty
Therese M. Doherty

cc:   Kevin Conway, Esq.

```
Granted.  There shall be no further
adjournments.
Dated: March 19, 2021
```

_____
DENISE COTE
United States District Judge

Boston    London    Los Angeles    New York    San Diego    San Francisco    Washington

109809726v.2                MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.