UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------

JONATHAN FLEISIG, et al.,

                Plaintiffs,

       -against-

ED&F MAN CAPITAL MARKETS, INC., et al.,

                Defendants.

-----------------------------------------------------------------X

19-CV-8217 (DLC)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge**:

    In light of the close of fact discovery and the filing of the parties' joint proposed pretrial order, the parties are directed to contact Courtroom Deputy Rachel Slusher by email at Rachel_Slusher@nysd.uscourts.gov with three (3) mutually convenient dates, to schedule a settlement conference if they believe it would be productive at this time. In light of the Court's busy calendar, settlement conferences must generally be scheduled at least six to eight weeks in advance. The Court will likely be unable to accommodate last-minute requests for settlement conferences, and the parties should not anticipate that litigation deadlines will be adjourned in response to late requests for settlement conferences. The parties should assume that the settlement conference will be conducted by telephone using a platform that will allow the Court to hold confidential conversations with counsel and the party representative(s) for each side.

**SO ORDERED.**

                                                                       SARAH NETBURN
                                                                      United States Magistrate Judge

DATED:    April 19, 2021
              New York, New York