```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
JONATHAN FLEISIG and CONDOR ALPHA        :
ASSET MANAGEMENT,                        :
                                         :          19cv8217 (DLC)
                           Plaintiffs,   :
                                         :             ORDER
              -v-                        :
                                         :
ED&F MAN CAPITAL MARKETS, INC.,          :
                                         :
                           Defendant.    :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

    IT IS HEREBY ORDERED that trial in the above-captioned case will proceed on **June 28, 2021** at **9:30 a.m.** in Courtroom 18B, 500 Pearl Street.

    IT IS FURTHER ORDERED that the final pretrial conference is scheduled for **June 23** at **11 am**.

Dated:    New York, New York
           April 26, 2021

                                          _____
                                               DENISE COTE
                                    United States District Judge