```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
JONATHAN FLEISIG and CONDOR ALPHA        :
ASSET MANAGEMENT,                        :
                                         :   19cv8217 (DLC)
                         Plaintiffs,     :
                                         :   ORDER
              -v-                        :
                                         :
ED&F MAN CAPITAL MARKETS, INC.,          :
                                         :
                         Defendant.      :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

Pursuant to Orders of July 2, 2020 and March 19, 2021, the joint pretrial order in this action was due April 16, 2021. Rule 6(c) of the Court's Individual Practices in Civil Cases required that, upon filing of the joint pretrial order in non-jury cases like this one, each party provide the Court with the affidavits constituting the direct testimony of each witness under their control and their trial exhibits by April 16, 2021. It is hereby

ORDERED that by **5 pm today**, the plaintiffs shall email to cotenysdchambers@nysd.uscourts.gov their trial exhibits and the affidavits constituting the direct testimony of witnesses under their control.

IT IS FURTHER ORDERED that by **5 pm today,** the defendant shall email to cotenysdchambers@nysd.uscourts.gov the affidavits

constituting the direct testimony of the two witnesses identified in its April 16, 2021 letter.

SO ORDERED:

Dated:   New York, New York
         June 14, 2021

                                                  DENISE COTE
                                    United States District Judge