UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
JONATHAN FLEISIG and CONDOR ALPHA        :
ASSET MANAGEMENT,                        :
                                         :           19cv8217 (DLC)
                          Plaintiffs,    :
                                         :           ORDER
             -v-                         :
                                         :
ED&F MAN CAPITAL MARKETS, INC.,          :
                                         :
                          Defendant.     :
                                         :
---------------------------------------- X

DENISE COTE, District Judge:

   In anticipation of the bench trial scheduled to commence June 28, 2021, it is hereby

   ORDERED that, pursuant to Rules 6(C)(iv) & E of this Court's Individual Practices in Civil Cases, each party shall by **June 15, 2021** mail or hand deliver to Chambers two copies of their most critical documentary exhibits.

SO ORDERED:

Dated:    New York, New York
          June 14, 2021

                                         _____
                                                 DENISE COTE
                                         United States District Judge