UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------- X
                                       :
JONATHAN FLEISIG and CONDOR ALPHA      :
ASSET MANAGEMENT,                      :
                                       :    19cv8217 (DLC)
                   Plaintiffs,         :
                                       :    ORDER
        -v-                            :
                                       :
ED&F MAN CAPITAL MARKETS, INC.,        :
                                       :
                   Defendant.          :
                                       :
-------------------------------------- X

DENISE COTE, District Judge:

   The defendant has objected to the affidavit of direct testimony of Jonathan Fleisig, which was filed with the Court on June 14, as untimely.  It is hereby

   ORDERED that the plaintiffs shall by **noon** on **June 17** respond to the defendant's objection.

SO ORDERED:

Dated:    New York, New York
          June 15, 2021

                               _____
                                       DENISE COTE
                               United States District Judge