```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------  X
                                          :
JONATHAN FLEISIG and CONDOR ALPHA         :
ASSET MANAGEMENT,                         :
                                          :   19cv8217 (DLC)
                         Plaintiffs,      :
                                          :       ORDER
                -v-                       :
                                          :
ED&F MAN CAPITAL MARKETS, INC.,           :
                                          :
                         Defendant.       :
                                          :
----------------------------------------  X
```

DENISE COTE, District Judge:

On July 12, 2021, defendant ED&F Man Capital Markets, Inc. ("MCM") applied for attorneys' fees and costs, as authorized by a June 30 Opinion and Order of this Court. MCM did not provide contemporaneous time records to the plaintiffs or to the Court. Accordingly, it is hereby

ORDERED that MCM shall by **August 20, 2021** provide contemporaneous time records to the plaintiffs and file them with the Court. The time records may be filed under seal.

IT IS FURTHER ORDERED that the plaintiffs shall file any supplemental opposition to MCM's application for attorneys' fees

and costs by **September 3**. Any reply shall be filed by **September 10**.

SO ORDERED:

Dated: New York, New York
August 6, 2021

                                                 _____
                                                         DENISE COTE
                                       United States District Judge