```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                          :
JONATHAN FLEISIG and CONDOR ALPHA         :
ASSET MANAGEMENT,                         :
                                          :      19cv8217 (DLC)
                               Plaintiffs,:
                                          :          ORDER
               -v-                        :
                                          :
ED&F MAN CAPITAL MARKETS, INC.,           :
                                          :
                               Defendant. :
                                          :
----------------------------------------- X
```

DENISE COTE, District Judge:

For the reasons set forth in this Court's Opinions of June 30 and September 29, 2021, it is hereby

ORDERED that defendant ED&F Man Capital Markets, Inc. ("MCM") is awarded $1,762,266.57 from plaintiff Condor Alpha Asset Management ("Condor"), with prejudgment interest accruing from February 28, 2019 at a rate of 9%.

IT IS FURTHER ORDERED that MCM is awarded $803,113.81 from plaintiff Jonathan Fleisig ("Fleisig"), with prejudgment interest accruing from February 28, 2019 at a rate of 9%.

IT IS FURTHER ORDERED that MCM is awarded $1,402,234.32 in attorneys' fees and costs. Condor and Fleisig shall be jointly and severally liable for the award of attorneys' fees and costs.

IT IS FURTHER ORDERED that the Clerk of Court shall enter the above judgment for the defendants and close this case.

SO ORDERED:

Dated: New York, New York
September 29, 2021

                                                 DENISE COTE
                                  United States District Judge