UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JONATHAN FLEISIG and CONDOR ALPHA
ASSET MANAGEMENT,

                      Plaintiffs,                    19 **CIVIL** 8217 (DLC)

        -against-                            **JUDGMENT**

ED&F MAN CAPITAL MARKETS, INC.,

                      Defendant.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 29, 2021, defendant ED&F Man Capital Markets, Inc. ("MCM") is awarded $1,762,266.57 from plaintiff Condor Alpha Asset Management ("Condor"), with prejudgment interest accruing from February 28, 2019 at a rate of 9%, in the amount of $410,632.25. MCM is awarded $803,113.81 from Plaintiff Jonathan Fleisig ("Fleisig") with prejudgment interest accruing from February 28, 2019 at a rate of 9%, in the amount of $187,136.52. MCM is awarded $1,402,234.32 in attorneys fees and costs. Condor and Fleisig shall be jointly and severally liable for the award of attorneys' fees and costs. Judgment is entered for the defendants; accordingly, this case is closed.

**Dated:** New York, New York
           September 30, 2021

                                                         **RUBY J. KRAJICK**
                                                           Clerk of Court
                                       **BY:**
                                                            Deputy Clerk